# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102-3434
TEL: (415) 436-7540
FAX: (415) 581-7410

**YADOR J. HARRELL, CHIEF U.S. PROBATION OFFICER**

| | |
|---|---|
| **SUSAN PORTILLO** | **NOEL BELTON** |
| *DEPUTY CHIEF U.S. PROBATION OFFICER* | *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* |
| **JAMES SCHLOETTER** | **VERONICA RAMIREZ** |
| *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* | *ASST.  DEPUTY CHIEF U.S. PROBATION OFFICER* |

February 23, 2016

The Honorable William Alsup
United States District Judge

Re:  U.S. v. Lac Phung
     Docket No: 0971 3:14CR00063-001 WHA
     **TRAVEL REQUEST**

Your Honor:

On March 15, 2010, the offender was sentenced in the Central District of California by The Honorable Cormac J. Carney, United States District Judge, to 72 months imprisonment followed by three years of supervised release, for a violation of the following:  Count One: Possession With Intent to Distribute 3,4-Methylenedioxymethamphetamine, 21 U.S.C. §  841(a)(1), a Class C Felony.  The following special conditions of supervision were ordered: $100 special assessment; financial disclosure; maintain one personal checking account; not transfer, sell, give away, or convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the court have been satisfied in full; DNA collection.

Supervision commenced in the Northern District of California on December 2, 2013. On February 5, 2014, jurisdiction of the case was transferred to the Northern District of California and assigned to Your Honor.

Mr. Phung is requesting emergency travel to Ho Chi Minh City, Vietnam from February 23, 2016 to March 11, 2016, for the purpose of visiting his sick mother-in-law. She was recently hospitalized in the intensive care unit and has been reportedly diagnosed with a terminal illness. Mr. Phung will be traveling with his wife, who will assist with caring for her mother. The offender is in compliance with the conditions of supervision.

**RE:** Phung, Lac 2
 0971 3:14CR00063-001

The undersigned recommends that travel be approved. It is also requested the Court provide the probation office with the discretion to approve any changes in travel dates, if necessary.

Respectfully submitted,                    Reviewed by:

_____                  _____
Kristen Coleman                            Aaron Tam
U.S. Probation Officer                     Supervisory U.S. Probation Officer

Travel is:
☒ Approved
☐ Denied

 February 23, 2016._____     _____
Date                                       William Alsup
                                           United States District Judge

NDC-SUPV-FORM-046 06/01/15